UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00299

———

**Michael Wilcox,**
*Plaintiff,*

v.

**W.K.S. Frosty Corporation,**
*Defendant.*

———

**O R D E R**

Plaintiff brought this action under the Americans with Disabilities Act, the Family Medical Leave Act (FMLA), and the Texas Labor Code. Doc. 23 at 7–9. The case was referred to a magistrate judge. Doc. 5.

Before the court is defendant's motion to dismiss plaintiff's second amended complaint (Doc. 23) under Federal Rule of Civil Procedure 12(b)(6). Doc. 24. The magistrate judge issued a report recommending that the motion be granted as to plaintiff's FMLA claim and denied as to all other claims. Doc. 27 at 13. Neither party filed written objections to the report.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendant's motion to dismiss (Doc. 24) is granted in part. Plaintiff's FMLA claim is dismissed with prejudice. All other claims remain pending.

Also, W.K.S. Frosty Corporation is the only defendant named in the second amended complaint and, therefore, the only remaining defendant in this action. *See Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985) (adopting "the general rule that an amended complaint ordinarily supersedes the original and

- 1 -

renders it of no legal effect, unless the amended complaint specifically refers to or adopts the earlier pleading"). Thus, the clerk of court is ordered to terminate defendant W.K.S. Restaurant Corporation from the docket.

*So ordered by the court on March 30, 2026.*

J. CAMPBELL BARKER
United States District Judge